# IN THE SUPREME COURT OF THE STATE OF NEVADA

JUDITH ANN TRUJILLO,
Appellant,
vs.
JENNIFER KAY LYNN; AND ALAN
WALKER,
Respondents.

No. 72963

**FILED**

JUN 27 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was docketed in this court on May 8, 2017, without payment of the requisite filing fee. On that same day a notice was issued directing appellant to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: Elizabeth A Brown

cc:    Hon. Joanna Kishner, District Judge
       Law Office of David Sampson
       The Firm, P.C.
       Lewis Brisbois Bisgaard & Smith, LLP/Las Vegas
       Atkin Winner & Sherrod
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

17-21369